IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02497-BNB

VIRGINIA C. JAMES-SCOTT,

    Plaintiff,

v.

JIMMY SNODDY MARTIN, and
TIMIA JACOBS SNODDY MARTIN, Spouse,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2009

GREGORY C. LANGHAM

---

## ORDER OF DISMISSAL

---

Plaintiff Virginia C. James-Scott initiated this action by filing *pro se* a Complaint. On October 27, 2009, Magistrate Judge Boyd N. Boland ordered Ms. James-Scott to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Ms. James-Scott was warned that the complaint and the action would be dismissed without further notice if she failed to file an amended complaint within thirty days.

Ms. James-Scott has failed to file an amended complaint within the time allowed and she has filed to respond in any way to Magistrate Judge Boland's October 27 order. Therefore, the Complaint and the action will be dismissed without prejudice for failure to file an amended complaint as directed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed.

DATED at Denver, Colorado, this 15day of December, 2009.

BY THE COURT:

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02497-BNB

Virginia C. James-Scott
1885 S. Quebec Way B #15
Denver, CO 80231

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/15/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk